IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

MINNIE FOXIE,

           Plaintiff,                        CIVIL ACTION FILE

      v.                                 NO. 2:20-CV-017-SCJ

WAL-MART STORES EAST, LP

           Defendants.

**O R D E R**

Counsel for having informed the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

      **IT IS SO ORDERED**, this 13th day of April, 2022.

                            s/Steve C. Jones
                            STEVE C. JONES
                            UNITED STATES DISTRICT JUDGE