IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MINNIE FOXIE, | CIVIL ACTION FILE |
| Plaintiff, | |
| v. | NO.: 2:20-CV-00017-SCJ |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Minnie Foxie and Defendant Wal-Mart Stores East, LP and, pursuant to Rule 41, Fed. R. Civ. P., hereby stipulate and agree that the above-captioned action is hereby dismissed with prejudice with each party bearing its own costs.

This 28th day of April, 2022.

| | |
|---|---|
| s/Adam M. Collins | /s/ Robert B. Hill |
| Adam M. Collins | Robert B. Hill |
| GA Bar No. 153117 | GA Bar No. 354450 |
| Counsel For Plaintiff | Counsel for Defendant |
| Hall & Collins | McLain & Merritt, P.C. |
| 594 Oconee Street | 3445 Peachtree Road N.E. |
| Suite 111 | Suite 500 |
| Athens, GA 30605 | Atlanta, GA 30326 |
| (706) 351-6055 | (404) 365-4549 |

## CERTIFICATE OF SERVICE

This is to certify that on April 28, 2022, I electronically filed STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

          McLAIN & MERRITT, P.C.

          s/Robert B. Hill
          Robert B. Hill
          Georgia Bar No. 354450
          Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA  30326
(404) 266-9171
bhill@mmatllaw.com